FILED'07 JAN 04 11:57USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LESTER MYER,<br><br>        Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant. | )<br>)<br>)<br>)  Civil No. 05-1404-PK<br>)<br>)  O R D E R<br>)<br>)<br>)<br>)<br>) |

Bruce W. Brewer
419 Fifth Street
Oregon City, Oregon 97045

        Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Neil J. Evans
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204

Page 1 - ORDER

Joanne Elizabeth Dantonio
Michael McGaughran
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104

  Attorneys for Defendant

KING, Judge:

  The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on November 30, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

  Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#25).

  IT IS HEREBY ORDERED that the Commissioner's final decision is AFFIRMED.

  DATED this 3 day of January, 2007.

            _____
            GARR M. KING
            United States District Judge